COMMONWEALTH of Pennsylvania

v.

**Thomas GOODIE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1994.

Decided Feb. 15, 1994.

John W. Packel, Philadelphia, Ronald Eisenberg, Helen A. Marino, Philadelphia, for Thomas Goodie.

Catherine Marshall, Philadelphia, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., dissents.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.